# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV457 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **IDAHOAN FOODS, L.L.C.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion to Extend Rule 26 Initial Disclosure Submission (Filing No. 16). This is the parties second request for an extension of the deadline to exchange initial discovery originally set in the court's January 12, 2011, progression order. See Filing No. 12. The parties state they seek the second extension of the disclosure deadline from March 1, 2011, until June 1, 2011, because the parties believe they will dismiss this case by June 1, in light of their on-going settlement negotiations. Upon consideration and for good cause shown, the court finds a temporary stay will best serve the interests of the parties and the court. Accordingly,

**IT IS ORDERED:**

1. The parties' Joint Motion to Extend Rule 26 Initial Disclosure Submission (Filing No. 16) is granted.
2. The case shall be stayed until further order of this court.
3. The planning conference scheduled for April 21, 2011, is canceled.
4. Counsel shall file a joint status report concerning the status of this case on **June 1, 2011**, such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

Dated this 1st day of March, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge