IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY | ) | Case No. 8:10CV457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO DISMISS |
| | ) | |
| IDAHOAN FOODS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties to the above-captioned action that this matter be dismissed with prejudice, each party to pay their own costs.

WHEREFORE, parties pray that this action be dismissed with prejudice, each party to pay their own costs.

DATED this 1st day of April, 2011.

UNION PACIFIC RAILROAD COMPANY,
Plaintiff,

By:  /s/ Kyle Wallor
     Kyle Wallor, #21346
     LAMSON, DUGAN and MURRAY, LLP
     10306 Regency Parkway Drive
     Omaha, NE 68114
     Telephone:(402) 397-7300
     Facsimile: (402) 397-7824

IDAHOAN FOODS, LLC, Defendant

By:  /s/Justin W. High
     Justin W. High, #23354
     McANANY, VAN CLEAVE & PHILLIPS P.A.
     707 Minnesota Avenue, Fourth Floor
     Kansas City, KS 66117
     Telephone:(402)408-1343
     Facsimile: (402)493-0860