IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY | ) | Case No. 8:10CV457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| IDAHOAN FOODS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came on to be heard upon the stipulation of the parties hereto that the above-captioned action be dismissed with prejudice to a new action, each party to pay their own costs.

The court, being fully advised in the premises, finds that such an order should be entered.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice to a new action, each party to pay their own costs.

Dated this 1st day of April, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
*Chief District Judge*